# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 98-2226

_____

Vera Eileen Jackson, also known     *
as Vera Eileen Sullivan, also known   *
as Vera Eileen Jackson-Sullivan,       *
                                        *
          Appellant,               *
                                        *
        v.                         *
State of Missouri; State of Kansas;   *
Donald Mason; Debroah Neal;       *
Marsha Walsh; Michael Adams;       *
Charles Defeo; James Reed; Leonard   *
Hughes, III; Lee Wells; Peggy         *   Appeal from the United States
Stevens-McGraw; John Jack; William   *   District Court for the
A. Cleaver; Charles Atwell, parties     *   Western District of Missouri
immediately above are judges; Tonya   *
Lawyer; Vanessa Wise; George Ranft;   *       [UNPUBLISHED]
Gary Wallace; Kathy Verecke; Kelli     *
Fitzpatrick; Betty, Supervisor of       *
MADD; Sherri Harmon; Patricia         *
Grover; Kara Kantola; Sherri           *
Cassidy; Frank Doe, "Frank" unknown   *
last name; Michael J. Maloney;         *
Jonathan Bortnick; Bonita Williams;   *
Richard Rose; Russell Purvis; Randy   *
Kitchens; Deborah Porter-Gill;         *
Steven Treaster; Aldridge & Hall Law   *
Firm; Menorah Medical Center;         *
Robert J. Gauer, Dr.; KU Medical     *
Center, University of Kansas Medical   *
Center; St. Lukes Hospital, of Kansas   *
City; North Kansas City Hospital;     *
Truman Medical Ctr., also known as   *
Truman Medical Hospital; St. Marys   *

Hospital; Western Missouri Mental      *
Health Center; Richard Rice; Allen      *
Russell; Erlene Krigel; James Speck;      *
Dennis Muller, John Picerno; David      *
Barlow; Thomas Bellman; Fred      *
Slough; Robb & Robb; Redfearn &      *
Brown; Shamberg & Johnson;      *
Connie J. Boysen; Timothy Bosler;      *
Lazer Tow; Jacqueline Murray-Irving;      *
A-1 Insurance Agency; Peters      *
Automotive; Dominick's A-1      *
Alignment; Hunt Electric; National      *
Auto Brokers; A Bargain Insurance      *
Agency; Michael Devoe Sullivan;      *
American Family Insurance Company,      *
Incorporated; Tracy Hopkins; Hanks      *
Auto Repair; Rainbow Phillips 66;      *
Devry Institute of Technology,      *
     *
         Appellees.      *

_____

Submitted: June 19, 1998
Filed: July 9, 1998

_____

Before McMILLIAN, LOKEN and MURPHY, Circuit Judges.

_____

PER CURIAM.

Vera Eileen Jackson appeals from the final judgment entered in the United States District Court[1] for the Western District of Missouri dismissing her complaint without prejudice. Having carefully reviewed the record, we conclude that Jackson failed to

---

[1]The Honorable Joseph E. Stevens, Jr., United States District Judge for the Western District of Missouri.

allege any basis for subject matter jurisdiction.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.